IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA :   NO. 04-M-614

         -v- :     Misdemeanor
                                            I N F O R M A T I O N
CAROLINE SHARP, :  (Title 29, U.S.C. §439(c))

        Defendant :

---

**COUNT I**

**The United States Attorney Charges That:**

Between on or about January 2000 and August 15, 2003, in the Western District of New York, the defendant, CAROLINE SHARP, did willfully conceal a record required to be kept by Section 436 of Title 29, United States Code, that is, Monthly Treasurer's Reports, a record on matters required to be reported in the annual financial report of the Rochester School Bus Employees Association (RSBEA) required to be filed with the Secretary of Labor.

**All in violation of Title 29, United States Code, Section 439(c).**

    DATED:    Rochester, New York, November 1, 2004.

                                              MICHAEL A. BATTLE
                                              United States Attorney
                                              Western District of New York

                         BY:   _/s/ Bradley E. Tyler_____
                                   BRADLEY E. TYLER
                                   Assistant United States Attorney
                                      in Charge

[FILED 04 NOV -1 PM 2:56 U.S. DISTRICT COURT W.D.N.Y. ROCHESTER]